# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139157

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TODOCIO ESQUEDA GUERRA,
      Defendant-Appellant.

SC:  139157
COA: 283133
Jackson CC: 07-004100-FH

_____

## AMENDMENT OF ORDER

On order of the Court, the order of December 9, 2009 is amended to correct a clerical error by adding, after the concurring statement of Markman, J., the following:

"CORRIGAN and YOUNG, JJ., join the statement of Markman, J."

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2009

_____
Clerk